IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Tri-Valley Corporation, et al.,[1] | Case No. 12-12291 (MFW) |
| Debtors. | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, et al., | Adv. Pro. No. 14-50440 (MFW) |
| Plaintiff. | |
| v. | |
| Ahern Rentals, Inc., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and among counsel for the parties, that the above-captioned action is hereby dismissed with prejudice, each party to bear his, her or its own fees and costs.

Dated: October 22, 2014
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: /s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (DE # 2936)
Kate R. Buck (DE #5140)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
wtaylor@mccarter.com
kbuck@mccarter.com

Dated: October 22, 2014
Wilmington, Delaware

**LIPSCHULTZ & SCHERAGO LLP**

By: _____
James D. Lipschultz, Esq.
12400 Wilshire Boulevard, Suite 920
Los Angeles, CA 90025
Telephone: (310) 820-3311 x203
jlipschultz@landslawyers.com
Counsel to Defendant

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.